# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR IVAN VELASQUEZ-QUINONES,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br><br>Defendants. | 1:17-cv-00794-BAM (PC)<br><br>ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY THE $400.00 FILING FEE WITHIN THIRTY DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IN FORMA PAUPERIS APPLICATION<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Oscar Ivan Velasquez ("Plaintiff") is a former state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 12, 2017. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee in full.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a **non-prisoner** in forma pauperis application;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action; and

///

///

1

3. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated: **June 21, 2017**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE